842 A.2d 138

IN THE MATTER OF JAMES P. HENRY, AN ATTORNEY
AT LAW (ATTORNEY NO. 235231967).

February 25, 2004.

## O R D E R

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of

**JAMES P. HENRY** of **ASBURY PARK**, who was admitted to the bar of this State in 1967;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *Rule* 1:21–6 (recordkeeping requirements), *RPC* 1.1(a) (gross negligence), *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (failure to safeguard client funds) *RPC* 1.15(b) (failure to properly disburse funds), *RPC* 1.15(c) (failure to promptly distribute funds to client), *RPC* 1.15(d) (recordkeeping violations), *RPC* 8.1(b) (failure to cooperate with ethics authorities), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *RPC* 8.4(c) (conduct involving fraud, deceit, dishonesty or misrepresentation);

And the parties having agreed that respondent's conduct violated *Rule* 1:21–6(c) and *RPC* 1.1(a), *RPC* 1.3, RPC 1.15(a), (b), *RPC* 8.1(b), *RPC* 8.4(c) and *RPC* 8.4(d), and that said conduct warrants a three month suspension;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a three-month suspension is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JAMES P. HENRY** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 22, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.